PD-1277-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/15/2015 2:48:27 PM
Accepted 1/15/2015 4:24:59 PM
ABEL ACOSTA
CLERK

**No. PD-1277-14**

# IN THE
## COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS

**THE STATE OF TEXAS**                                    **APPELLANT**

**V.**

**EX PARTE JUAN CARLOS REYES**                    **APPELLEE**

---

## THE STATE'S MOTION FOR AN EXTENSION OF TIME
## TO FILE THE STATE'S BRIEF ON
## PETITION FOR DISCRETIONARY REVIEW

**TO THE COURT OF CRIMINAL APPEALS OF THE STATE OF TEXAS:**

COMES NOW, the State of Texas, and requests an extension of time in which to file the State's Brief on Petition for Discretionary Review, and would show the Court as follows:

1. On August 6, 2012, and August 7, 2012, the trial court signed an order granting appellee's article 11.072 application for writ of habeas corpus in the County Court at Law Number Seven of El Paso County, Texas, in a case styled, *Ex parte: Juan Carlos Reyes*, trial court cause number 20050C17647-CC7-1.

2. On June 30, 2014, in an unpublished opinion, the Eighth Court of Appeals reversed the judgment of the trial court and rendered judgment reinstating appellee's guilty plea in a case styled, *Ex parte Juan Carlos Reyes*, court of appeals cause number 08-12-00261-CR.

3. After having been granted an extension of time, appellee filed his Petition for Discretionary Review, which was granted by this Court on November 19, 2014.

4. Appellee filed his Brief on Petition for Discretionary Review on December 28, 2014, after having been granted an extension of time.

5. The State's Brief on Petition for Discretionary Review is due to be filed on January 28, 2015.

6. This extension is requested for 30 days until February 27, 2015.

7. This is the State's first motion for extension to file its Brief on Petition for Discretionary Review.

8. The undersigned attorney for the State will be unable to complete the State's Brief on Petition for Discretionary Review in a timely manner and requests this extension due to the following factors:

(a) Since the filing of appellee's PDR brief, the undersigned has been responsible for providing assistance in the retrial of the following capital-murder (life) case:
   *The State of Texas v. Daniel Villegas*, trial court cause number 940D09328, in the 409th District Court of El Paso County, now currently before the Eighth Court of Appeals on a State's appeal from the trial court's order excluding State's evidence, Eighth Court of Appeals cause number 08-15-00002-CR.

(b) The undersigned has also been responsible for preparing the State's answer to the applicant's article 11.07 post-conviction writ of habeas corpus in the following case:
   *Ex parte Alberto Benavidez*, trial court cause number 20090D00811-41-1, on remand from this Court, CCA writ cause number WR-82,220-01.

(c) The undersigned is now working on the State's reply briefs in the following pending cases:
   *Shawntrell Dawkins v. The State of Texas*, court of appeals cause number 08-13-00012-CR (capital murder-life), due January 24, 2015 (FINAL extension);
   *The State of Texas v. Phillip Frias*, court of appeals cause number 08-14-00014-CR (appeal from the grant of a new trial on aggravated-sexual-assault offense), due February 11, 2015 (FINAL extension).

(d) The undersigned is also suffering, and being treated for, a right-hand ailment, suspected to be carpal tunnel syndrome, which is impeding her ability to type more efficiently.

## PRAYER

WHEREFORE, the State prays that its extension request will be granted until February 27, 2015.

Respectfully submitted,

JAIME ESPARZA
DISTRICT ATTORNEY
34th JUDICIAL DISTRICT


/s/ Lily Stroud
LILY STROUD
ASST. DISTRICT ATTORNEY
201 EL PASO COUNTY COURTHOUSE
500 E. SAN ANTONIO
EL PASO, TEXAS 79901
(915) 546-2059 ext. 3769
FAX (915) 533-5520
EMAIL lstroud@epcounty.com
SBN 24046929
ATTORNEYS FOR THE STATE

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the above motion was emailed, through an electronic filing service provider, on January 15, 2015, to appellee's attorney: James D. Lucas, jlucas2@elp.rr.com; and to the State Prosecuting Attorney, information@SPA.texas.gov.

/s/ Lily Stroud
LILY STROUD